IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00854-LTB

JASON W. BULLOCK,

     Plaintiff,

v.

MEDICAL CENTER OF ROCKIES,

     Defendant.

---

## JUDGMENT

---

     Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on June 5, 2014, it is hereby

     ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

     DATED at Denver, Colorado, this 5th day of June, 2014.

                     FOR THE COURT,

                     JEFFREY P. COLWELL, Clerk


                     By: s/K Lyons
                       Deputy Clerk